LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299

Attorneys for Plaintiffs
ANNA BENINCASA dba ECLECTIC BY DESIGN and
STEVEN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIDER JEAN, L.L.C., a Texas limited liability company,<br><br>Defendant. | Case No. C 05-02266 JSW<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: September 23, 2005<br>Time: 1:30 p.m.<br>Judge: The Hon. Jeffrey S. White<br>Courtroom 2 |

Plaintiffs ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES, by and through their attorney appearing specially, hereby move ex parte for a continuance of the case management conference, currently set for September 23, 2005 at 1:30 P.M. For the reasons set forth in the accompanying declaration, Plaintiffs hereby request that the conference be continued for at least one month.

The continuance is necessary to request and complete entry of the default as suggested by Judge White's courtroom clerk in a phone message of September 19, 2005.

///

///

1.

Ex Parte Application to Continue CMC; [Proposed] Order Thereon; Case No. C 05-02266 JSW

1  Dated: September 20, 2005                LAW OFFICES OF LAWRENCE G. TOWNSEND

4  By: _____/s/ Lawrence G. Townsend_____
                Lawrence G. Townsend
5  Attorneys For Plaintiffs ANNA BENINCASA dba
   ECLECTIC BY DESIGN and STEVEN MORALES

## ORDER

The matter having been considered and good cause appearing therefor, the case management conference, currently scheduled for September 23, 2005, is continued to November 18, 2005 at 1:30 P.M.

IT IS SO ORDERED.

DATED: September 21, 2005                _____/s/ Jeffrey S. White_____
                                          Jeffrey S. White
                                          Judge, United States District Court

S:\LGT-TENA\EclecticByDesign\Pleadings\ExParteApplication.wpd

2.

Ex Parte Application to Continue CMC; [Proposed] Order Thereon; Case No. C 05-02266 JSW