| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | NEIL A. SMITH, Cal. Bar No. 63777 |
| 3 | MICHELLE J. HIRTH, Cal. Bar No. 200024 |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California 94111-4106 |
| | Telephone:   415-434-9100 |
| 5 | Facsimile:    415-434-3947 |
| 6 | Attorneys for Defendant Raider Jean, L.L.C. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES, individuals, <br><br> Plaintiffs, <br><br> v. <br><br> RAIDER JEAN, L.L.C., a Texas limited liability company, <br><br> Defendant. | Case No. C05-02266 JSW <br><br> **1. STIPULATION BY PLAINTIFFS AND DEFENDANT FOR RELIEF FROM CLERK'S ENTRY OF DEFAULT; and** <br><br> **2. [PROPOSED] ORDER THEREON** |

This stipulation for relief from default is entered by the clerk with respect to the following facts:

     1.    At the request of the Plaintiff, the Clerk of this Court entered default on or about September 22, 2005, the same day that Defendant filed and served its answer.

     2.    In order to proceed expeditiously with the litigation of this case on the merits, the Plaintiffs and Defendant through their respective counsel, stipulate and agree, and request the Court's approval of their stipulation and entry of an order thereon, as follows:

-1-

    a. Defendant Raider Jean LLC shall be relieved from the clerk's entry of default, and such default shall be vacated and be of no further force or effect,

    b. Defendant Raider Jean LLC has accepted service of the summons and original complaint, and

    c. Defendant Raider Jean LLC responded to the complaint by filing an answer on the same day as the clerk's default was entered, September 22, 2005, and such answer shall be deemed served and filed on that date.

  3. This stipulation is entered into by the Plaintiff and Defendants in good faith for the purpose of avoiding any default and disputes, and in order to avoid any unnecessary delay, or for any other improper purpose.

///

///

///

///

///

///

///

IT IS SO STIPULATED.

DATED: October 6, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
NEIL A. SMITH

Attorneys for Defendant
Raider Jean LLC

DATED: October 7, 2005

LAW OFFICES OF LAWRENCE G. TOWNSEND

By _____
LAWRENCE G. TOWNSEND

Attorneys for Plaintiffs Anna Benincasa, dba
Eclectic by Design, and Steven Morales

IT IS ORDERED THAT THE CLERK'S ENTRY OF DEFAULT IS VACATED, AND OF NO FUTURE FORCE AND EFFECT.

Dated: October 12, 2005

_____
JEFFREY S. WHITE
Judge, United States District Court
Northern District of California

-3-

W02-SF:5NAS1\61471335.1

1. STIPULATION BY PLAINTIFFS AND DEFENDANT FOR RELIEF FROM CLERK'S ENTRY OF DEFAULT; and