LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299

Attorneys for Plaintiffs
ANNA BENINCASA dba ECLECTIC BY DESIGN and
STEVEN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIDER JEAN, L.L.C., a Texas limited liability company,<br><br>Defendant.<br>_____ | Case No. C 05-02266 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR DISCOVERY RELIEF AND SETTING DATES FOR DISCOVERY RESPONSES** |

Plaintiffs Anna Benincasa dba Eclectic by Design and Steven Morales by and through their counsel, and Defendant Raider Jean, LLC, by and through its counsel hereby enter into a stipulation with respect to the following facts.

A. Plaintiffs served on Defendant their First Set of Interrogatories and First Request for Production of Documents on October 11, 2005;

B. On January 10, 2005 Plaintiffs filed an Ex Parte Motion for Leave to File Discovery Motion seeking to compel responses to said discovery and to compel filing of Defendant's initial disclosures;

C. On January 10, 2006, Defendant served its initial disclosure;

D. The parties desire to withdraw the pending Ex Parte Application and to set a date

1.

---

Stipulation and [Proposed] Order re Plaintiffs' Ex Parte Application; Case No. C 05-02266 JSW

certain for responses to the outstanding discovery.

Now, therefore, it is hereby stipulated that:

1. The pending Ex Parte Application for Leave to File Motion for Discovery Relief is hereby withdrawn;

2. Defendant Raider Jean shall serve its responses to Plaintiff's First Set of Interrogatories and First Set of Document Requests by no later than Friday, January 27, 2006; and

3. After Defendant has filed its responses to the outstanding discovery as set forth above, and if thereafter a dispute should arise concerning those responses, the parties agree to promptly meet and confer in person and, if not resolved, prepare a joint letter brief to the Court regarding their dispute.

Dated: January 26, 2006  LAW OFFICES OF LAWRENCE G. TOWNSEND

By: _____/s/ Lawrence G. Townsend_____
As the filing attorney, I attest that the foregoing is accepted by counsel signing below.

Lawrence G. Townsend
Attorneys For Plaintiffs ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES

Dated: January 27, 2006  SHEPPARD MULLIN RITCHER & HAMPTON LLP

By: _____/s/ Neil A. Smith_____
Neil A. Smith
Attorneys For Defendant RAIDER JEAN, L.L.C.

2.

Stipulation and [Proposed] Order re Plaintiffs' Ex Parte Application; Case No. C 05-02266 JSW

IT IS SO ORDERED.

DATED: January 30, 2006

_____
Jeffrey S. White
United States District Judge

S:\LGT-TENA\EclecticByDesign\Pleadings\Discovery-Stip-OrderExParteApp.wpd

3.

Stipulation and [Proposed] Order re Plaintiffs' Ex Parte Application; Case No. C 05-02266 JSW