IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENINCASA, et al.,

    Plaintiffs,

v.

RAIDER JEAN, L.L.C.,

    Defendant.

No. C 05-02266 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ISSUING SANCTIONS**

The Court has reviewed the response to the Court's Order to Show Cause filed by Defendant's counsel, Neil Smith. The Court accepts the apology of Mr. Smith, but nevertheless, HEREBY SANCTIONS Mr. Smith in the amount of $500. This sanction shall be paid to Plaintiffs and is issued to compensate Plaintiffs for expenses they incurred in bringing this discovery dispute to the Court's attention. The Court DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: May 1, 2006

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE