LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299

Attorneys for Plaintiffs
ANNA BENINCASA dba ECLECTIC BY DESIGN and
STEVEN MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>RAIDER JEAN, L.L.C., a Texas limited liability company,<br><br>Defendant. | Case No. C 05-02266 JSW<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION** |

Pursuant to F.R.C.P. 41(a)(l)(i), the parties herein, by and through their counsel of record, hereby stipulate that the entire action be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

///

///

///

///

///

///

1.

Stipulation And Order re Dismissal; Case No. C 05-02266 JSW

Dated: June 19, 2006             LAW OFFICES OF LAWRENCE G. TOWNSEND


By: _____/s/ Lawrence G. Townsend_____
        Lawrence G. Townsend
Attorneys for Plaintiffs ANNA BENINCASA dba ECLECTIC BY DESIGN and STEVEN MORALES
As the filing attorney, I attest that the foregoing is accepted by counsel signing below.


Dated: June 19, 2006             SHEPPARD MULLIN RITCHER & HAMPTON LLP


By: _____/s/ Neil A. Smith_____
        Neil A. Smith
Attorneys for Defendant RAIDER JEAN, L.L.C.


**IT IS SO ORDERED.**


Dated: __June 21, 2006__         _____*Jeffrey S. White*_____
                                 Jeffrey S. White
                                 United States District Judge


S:\LGT-TENA\EclecticByDesign\Pleadings\StipDismissal.wpd

2.

Stipulation And Order re Dismissal; Case No. C 05-02266 JSW